JOHN GANNON No.1975
Attorneys at Law
216 West Jefferson
Boise, Idaho 83702
Telephone No. (208) 433-0629
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARIA EDITH RODRIGUEZ,<br><br>             Plaintiff.<br>vs.<br><br>SAXON MORTGAGE SERVICES INC, a Texas Corporation and EXPERIAN INFORMATION SOLUTIONS INC, an Ohio Corporation,<br><br>             Defendants. | Case No.  10-0061-MHW<br><br>STIPULATION TO FILE AMENDED COMPLAINT AND JURY DEMAND |

COMES NOW Plaintiff and Defendant Experian who stipulate and agree that the Amended Complaint, which only changes the spelling of the Plaintiff from "Rodriquez" to "Rodriguez" may be filed in this matter.  The Parties stipulate that the Defendant Experian need not file an answer to the Amended Complaint, and that the Answer previously filed shall in all respects apply to said Amended Complaint also.

Dated this 14 day of May, 2010.

____/s/____John Gannon_
John Gannon
Attorney for Plaintiff


___/s/_____Rana Nader__
Rana Nader
Attorney for Experian

STIPULATION TO FILE AMENDED COMPLAINT AND JURY DEMAND - 1
R:\Gannon.John\Rodriquez\Rodriguezstipulation.wpd